

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0434

FILED

09/08/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0434

STATE OF MONTANA,

Plaintiff and Appellee,

v.

JONATHAN HETTINGER,

Defendant and Appellant.

FILED

SEP 08 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Appellate Defender Chad Wright has asked this Court to permit an out-of-time appeal for Defendant and Appellant Johnathan Hettinger from the Order entered March 12, 2020, by the Sixth Judicial District Court, Park County, in Cause No. DC-19-114. The Attorney General's Office does not object to this petition.

Hettinger was one of three co-defendants in a misdemeanor trespassing case originating in Park County Justice Court. All three co-defendants appealed their convictions to the District Court, which simultaneously ruled upon them. Although all three co-defendants' cases were referred to the Appellate Defender Division to pursue an appeal, Notice of Appeal was inadvertently not filed in Hettinger's case.

Since his appeal is untimely under M. R. App. P. 4(5), Hettinger moves this Court for leave to pursue an out-of-time appeal. We grant out-of-time appeals under M. R. App. P. 4(6) when an appellant establishes the existence of "extraordinary circumstances amounting to a gross miscarriage of justice." Wright argues that such would occur here if Hettinger were denied his right to appeal based on an administrative error by the Appellate Defendant Division. We agree.

Therefore,

IT IS ORDERED that the petition for an out-of-time appeal is GRANTED.

IT IS FURTHER ORDERED that Appellant shall have thirty days from the date of

this Order within which to prepare, file, and serve a Notice of Appeal and a Request for Transcripts in compliance with the Montana Rules of Appellate Procedure.

The Clerk is directed to provide copies of this Order to all counsel of record.

DATED this ___ day of September, 2020.

Justices